(127 So. 922)

## W. L. JACKSON v. STATE.
### 8 Div. 945.

Court of Appeals of Alabama.
March 4, 1930.

Rehearing Dismissed March 25, 1930.

Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.

This appellant was tried and convicted under the second count of the indictment, which charged him with the unlawful possession of a still, etc., to be used for the purpose of manufacturing or distilling prohibited liquors or beverages. This appeal is based upon the record proper; there being no bill of exceptions. The record has been examined by us, as the law requires. We find it regular and without error. The judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

(128 So. 918)

## Bob JACOBS v. STATE.
### 8 Div. 989.

Court of Appeals of Alabama.
May 27, 1930.

SAMFORD, J.
Appeal dismissed.

(119 So. 922)

## P. JAFFE v. M. SLAUGHTER. (6 Div. 226.)

Court of Appeals of Alabama. Dec. 11, 1928.

RICE, J. Appeal dismissed.

(122 So. 924)

## Hiram JAMES v. CITY OF PHŒNIX CITY.
### (4 Div. 475.)

Court of Appeals of Alabama. May 7, 1929.

J. W. Kelley, of Phœnix City, for appellant.
Roy L. Smith, of Phœnix City, for appellee.

BRICKEN, P. J. Reversed and rendered, by consent of parties.

(119 So. 922)

## Ben JAMES v. STATE. (6 Div. 437.)

Court of Appeals of Alabama. Dec. 11, 1928.

RICE, J. Affirmed.

(127 So. 922)

## Bill JAMES v. STATE.
### 7 Div. 586.

Court of Appeals of Alabama.
March 4, 1930.

See, also, ante, p. 119, 121 So. 690.

C. A. Wolfes, of Ft. Payne, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.

The point of decision involved upon this appeal is the action of the court in overruling defendant's motion for a new trial. We discover no error in this connection. The evidence tended to show that this appellant was in possession of a fruit can or jar of corn whisky. He testified he was not. This conflict in the evidence made a jury question. We think the evidence was sufficient to support the verdict of the jury.

Affirmed.

(128 So. 918)

## C. E. JOHNSON v. STATE.
### 6 Div. 765.

Court of Appeals of Alabama.
May 13, 1930.

SAMFORD, J.
Affirmed.